[PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 17-13467-CC

_____

JUAN CARLOS GIL,

Plaintiff-Appellee,

*versus*

WINN-DIXIE STORES, INC.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

2                                                                          17-13467

BEFORE: JILL PRYOR, BRANCH, Circuit Judges, and REEVES,* District Judge.

PER CURIAM:

The Petition for Panel Rehearing filed by Appellee Juan Carlos Gil is GRANTED.  Due to the expiration of the injunction while the appeal was pending and the absence of any formal award of declaratory relief, the appeal was rendered moot.  "A moot case is nonjusticiable and Article III courts lack jurisdiction to entertain it."  *Troiano v. Supervisor of Elections in Palm Beach Cnty., Fla.*, 382 F.3d 1276, 1281 (11th Cir. 2004).

Accordingly, we vacate our opinion and the underlying judgment, dismiss the appeal, and remand for the district court to dismiss the case as moot.

---

* Honorable Danny C. Reeves, United States District Chief Judge for the Eastern District of Kentucky, sitting by designation.